UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19-69195-PMB |
| | : | |
| MICHELLE ANDERSON | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served the foregoing *Notice of Pleading, Deadline to Object, and for Hearing* [Doc No. 21] by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage affixed thereon to assure delivery to:

Office of the United States Trustee
362 Richard B. Russell Bldg.
75 Spring Street, S.W.
Atlanta, GA 30303

Michelle Anderson
Apt. 5307
3871 Redwine Road
Atlanta, GA 30344

This 19th day of February, 2020.

                                                            ARNALL GOLDEN GREGORY, LLP
                                                            *Attorneys for Trustee*

                                                            */s/ Michael J. Bargar*
                                                           Michael J. Bargar
171 17th Street, N.W., Suite 2100         Georgia Bar No. 645709
Atlanta, GA  30363                             michael.bargar@agg.com
Tel: 404.873.8500

14681736v1