UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| MICHELLE ANDERSON, | ) | CASE NO. 19-69195-PMB |
| DEBTOR. | ) | |
| _____ | ) | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that the Acting United States Trustee has filed a Motion for Extension of Time to file a Motion to Dismiss Pursuant to 11 U.S.C. §707 and an Objection to Discharge Pursuant to § 727.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the United States Trustee's Motion in Courtroom 1202**,** United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia at **2:00 p.m. on April 6, 2020.**

**Your rights may be affected by the court's ruling on these pleadings**. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) **If you do not want the court to grant the relief sought in the motion or if you want the Court to consider your views, then you or your attorney must attend the hearing**.

You may also file a written response to the motion with the Clerk at the address stated below, but you are not required to do so.  Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing.  The address of the Clerk's Office is Clerk, United States Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta Georgia 30303.  If you file a written response, you must attach a certificate stating when, how, and on whom (including addresses) you served the response.  You must mail a copy of your response to the Office of the United States Trustee at Suite 362, Richard B. Russell Building, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.

Dated: March 3, 2020

Prepared by:
*/s/ Shawna Staton*
Shawna Staton, Trial Attorney
Georgia Bar Number 640220

**United States Department of Justice**
*Office of the United States Trustee*
Suite 362, Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
(404) 331-4437, ext. 152
Shawna.P.Staton@USDOJ.gov

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| MICHELLE ANDERSON, | ) | CASE NO. 19-69195-PMB |
| DEBTOR. | ) | |
| _____ | ) | |

**UNITED STATES TRUSTEE'S MOTION FOR EXTENSION OF TIME
TO FILE A MOTION TO DISMISS PURSUANT TO 11 U.S.C. § 707
AND AN OBJECTION TO DISCHARGE PURSUANT TO 11 U.S.C. § 727**

COMES NOW Nancy J. Gargula, United States Trustee for Region 21 ("United States Trustee"), pursuant to Rules 1017(e) and 4004(b) of the Federal Rules of Bankruptcy Procedure, moves the Court to enter an order extending the deadlines for filing a motion to dismiss pursuant to section 707 and a complaint objecting to Debtor's discharge pursuant to section 727 of the Bankruptcy Code. In support thereof, the United States Trustee shows as follows:

1.

Michelle Anderson ("Debtor") filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code on December 2, 2019.

2.

Michael Bargar was appointed chapter 7 trustee ("Chapter 7 Trustee").

2

3.

The Debtor's 341 first meetings of creditors have been as follows:

| Date | Outcome | Reason |
| --- | --- | --- |
| 1/06/20 | Continued | Failure to Produce Documents or Information |
| 2/11/20 | Continued | Reset for Failure to Appear |
| 3/16/20 | | |

4.

The current deadline for filing a motion to dismiss pursuant to section 707 or a complaint pursuant to section 727 is March 6, 2020.

5.

The United States Trustee is reviewing this case to determine whether to file a motion to dismiss under section 707 or a complaint objecting to discharge under section 727.

6.

Additional time is needed to receive, review and analyze materials regarding the case.

7.

The United States Trustee requests the deadlines for filing a motion under section 707 and a complaint under section 727 be extended so she can complete her review.

WHEREFORE, the United States Trustee respectfully requests the Court to enter an order extending the deadlines for filing a motion under section 707 and a complaint under section 727 through and including April 10, 2020.

Date:  March 3, 2020         NANCY J. GARGULA
                             UNITED STATES TRUSTEE
                             REGION 21

                             */s/ Shawna Staton*
                             Shawna Staton, Trial Attorney
                             Attorney for the United States Trustee
                             Georgia Bar No. 640220
                             Office of the United States Trustee
                             Suite 362, Richard Russell Building
                             75 Ted Turner Drive, SW
                             Atlanta, Georgia 30303
                             (404) 331-4437, ext. 152
                             Shawna.P.Staton@USDOJ.gov

This is to certify that on March 3, 2020, I caused a copy United States Trustee's Motion for Extension of Time to File a Motion to Dismiss Pursuant to 11 U.S.C § 707 and an Objection to Discharge Pursuant to 11 U.S.C. § 727 to be served via United States Postal Service, first class mail, with adequate postage prepaid on the following party at the address shown:

Michelle Anderson             Michael Bargar
Apt. 5307                     Arnall Golden Gregory, LLP
3871 Redwine Road             Suite 2100
Atlanta, GA 30344             171 17th Street, NW
                              Atlanta, GA 30363

                              */s/ Shawna Staton*
                              **Shawna Staton**
                              Georgia Bar No. 640220

4