

**IT IS ORDERED as set forth below:**

**Date: March 23, 2020**

_____
**Paul Baisier**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| MICHELLE ANDERSON, | : | CASE NO. 19-69195-PMB |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER ON MOTION TO EXTEND TIME FOR TRUSTEE OR THE UNITED STATES TRUSTEE TO OBJECT TO DEBTOR'S DISCHARGE**

On February 19, 2020, Michael J. Bargar, Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate of Michelle Anderson ("**Debtor**"), filed a *Motion to Extend Deadline for the Trustee and the United States Trustee to Object to Debtor's Discharge* [Doc. No. 20] (the "**Motion**"), seeking an extension of time for Trustee or the United States Trustee to object to Debtor's discharge through and including June 4, 2020.

Also on February 19, 2020, Trustee filed a *Notice of Pleading, Deadline to Object, and for Hearing* [Doc. No. 21] (the "**Notice**") regarding the Motion, in accordance with General

14792118v1

Order No. 24-2018.  Counsel for Trustee certifies that he served the Notice on all requisite parties in interest on February 19, 2020.  [Doc. No. 22].

The Notice provided notice of the opportunity to object and for hearing pursuant to the procedures in General Order No. 24-2018.  No objection to the Motion was filed prior to the objection deadline provided in the Notice.

The Court having considered the Motion and all other matters of record, including the lack of objection to the relief requested in the Motion, and, based on the forgoing, finding that no further notice or hearing is necessary; and, the Court having found that good cause exists to grant the relief requested in the Motion, it is hereby

**ORDERED** that the Motion is **GRANTED**: the time within which Trustee or the United States Trustee may file a complaint objecting to Debtor's discharge is hereby extended through and including June 4, 2020.

[END OF DOCUMENT]

**Prepared and presented by:**

ARNALL GOLDEN GREGORY, LLP
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
     Michael J. Bargar
     Georgia Bar No. 645709
171 17th Street, NW, Suite 2100
Atlanta, Georgia  30363
Tel: (404) 873-7030 / Fax: (404) 873-7031
Email: *michael.bargar@agg.com*

**Identification of entities to be served:**

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

14792118v1

Michelle Anderson
Apt. 5307
3871 Redwine Road
Atlanta, GA 30344

Michael J. Bargar
Arnall Golden Gregory LLP
171 17th Street, N.W.
Suite 2100
Atlanta, GA  30363-1031

14792118v1